**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA ) CR 07 086-01 S
) CR. NO.
vs. ) In violation of 18 U.S.C. § 371,
) 1028A(a)(1) and (c)(4)
ARMAN TER-ESAYAN )
and )
GEVORK BALTADJIAN )

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

COUNT 1

INTRODUCTION

1. At all times relevant to this Information, defendants ARMAN TER-ESAYAN and GEVORK BALTADJIAN and co-conspirators Mikael Stepanian and Arutyun Shatarevyan were residents of the State of California.

2. At all times relevant to this Information, The Stop & Shop Supermarket Company ("Stop & Shop"), the largest food retailer in New England, operated supermarket stores in and throughout Rhode Island and Massachusetts, including supermarket stores in Coventry, Rhode Island, Cranston, Rhode Island, Warwick, Rhode Island, Providence, Rhode Island, and Seekonk, Massachusetts.

3. From on or about January 28, 2007, through on or about February 26, 2007, in the District of Rhode Island and elsewhere, defendants ARMAN TER-ESAYAN and GEVORK BALTADJIAN did knowingly, willfully and intentionally combine, conspire and agree with Mikael Stepanian, Arutyun Shatarevyan and others to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices during a one-year period and, by such conduct, to obtain things of value aggregating $1,000 or more, contrary to Title 18, United States Code, Section 1029(a)(2).

PURPOSE AND OBJECT OF THE CONSPIRACY

4. The purpose and object of the conspiracy was for defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirators Mikael Stepanian and Arutyun Shatarevyan to unlawfully acquire credit and debit card account numbers and personal identification numbers of Stop & Shop shoppers and, once acquired, to utilize those account numbers to make or cause to be made unauthorized withdrawals from and charges to the debit and credit card accounts of individuals who made purchases at Stop & Shop stores in Rhode Island and Massachusetts.

MANNER AND MEANS OF THE CONSPIRACY

5. It was part of the conspiracy that defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirators Mikael Stepanian and Arutyun Shatarevyan traveled together from California to New England for the purpose of unlawfully obtaining credit and debit card identifying information of individuals who shopped at Rhode Island and Massachusetts Stop & Shop stores.

6. It was a further part of the conspiracy that defendant ARMAN TER-ESAYAN and co-conspirator Mikael Stepanian made lodging and transportation arrangements for the co-conspirators who traveled to Rhode Island and Connecticut.

7. It was a further part of the conspiracy that defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirators Mikael Stepanian and Arutyun Shatarevyan obtained devices that appeared to be genuine Stop & Shop debit credit/debit card pin pad terminals used by Stop & Shop customers to effect debit and credit card transactions.

8. It was a further part of the conspiracy that defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan entered Stop & Shop stores in Rhode Island and Massachusetts late at night or during early morning hours, while co-conspirator Mikael Stepanian remained in a vehicle parked close to the exit of the store.

9. It was a further part of the conspiracy, that one or more of the co-conspirators, often defendant GEVORK BALTADJIAN, approached a Stop & Shop cashier and engaged the cashier in conversation in an attempt to distract the cashier and pull him or her away from the register area.

10. It was a further part of the conspiracy, that, once the cashier's attention was drawn away from the register area, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan would quickly remove a credit/debit card pin pad terminal used by customers to make debit and credit purchases at Stop & Shop. Following the removal of a pin pad terminal, defendant ARMAN TER-ESAYAN and co-conspirator Arutyun Shatarevyan would replace the terminal with a new pin pad terminal that they had brought with them into the store. Inside this substituted pin pad terminal was equipment designed to record the credit and debit card numbers and personal identification numbers of individuals who swiped their cards at the pin pad terminal.

11. It was a further part of the conspiracy, that, within a week following the substitution of pin pad terminals, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan would return to the same Stop & Shop store, again distract the cashier, and replace the pin pad terminal they had earlier installed with the genuine Stop & Shop terminal they had earlier removed.

12. It was a further part of the conspiracy that defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirators Mikael Stepanian and Arutyun Shatarevyan would extract credit and debit card numbers and personal pin numbers of Stop & Shop shoppers from the doctored pin pad terminals they had fraudulently installed.

OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to accomplish its objectives and purposes, at least one of the following overt acts, among others, were committed by one or more of the coconspirators, in the District of Rhode Island and elsewhere:

13. On or about February 1, 2007, in the District of Rhode Island, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan entered a Stop & Shop store on Tiogue Avenue in Coventry, Rhode Island and switched a debit/credit pin-pad terminal with a device they had brought with them into the store.

14. On or about February 6, 2007, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan entered the Stop & Shop store located on Tiogue Avenue in Coventry, Rhode Island, the Stop & Shop store located on Atwood Avenue in Cranston, Rhode Island, and the Stop & Shop store located on Branch Avenue in Providence, Rhode Island. Inside those stores, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and

co-conspirator Arutyun Shatarevyan removed credit-debit pin pad terminal they had earlier installed at those stores. These terminals contained hundreds of access devices, to wit credit and debit card account numbers and personal identification numbers.

15. On or about February 26, 2007, defendants ARMAN TER-ESAYAN, GEVORK BALTADJIAN and co-conspirator Arutyun Shatarevyan entered the Stop & Shop store located on Tiogue Avenue in Coventry, Rhode Island, and co-conspirator Arutyun Shatarevyan attempted to remove a debit/credit pin pad terminal.

All in violation of 18 U.S.C. § 371.

COUNT 2

1. The United States Attorney realleges and incorporates by reference paragraphs 1 through 15 of Count One of this Information in their entirety as if fully set forth herein.

2. From on or about January 28, 2007, through on or about February 26, 2007, in the District of Rhode Island and elsewhere, defendants ARMAN TER-ESAYAN and GEVORK BALTADJIAN, during and in relation to the felony offenses of access device fraud (18 U.S.C. §§ 1029(a)(2) and (3)) and conspiracy to commit access device fraud (18 U.S.C. § 1029(b)(2) and 18 U.S.C. § 371), did knowingly transfer, possess, and use, without lawful authority, means of identification of other persons, to wit access devices, account numbers, and personal identification numbers of individuals who engaged in debit and credit card transactions at Stop & Shop stores.

In violation of 18 U.S.C. §§ 1028A(a)(1) and (c)(4).

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

______________________
STEPHEN G. DAMBRUCH
Criminal Chief

5-22-07
______________________
Date