O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
GEVORK BALTADJIAN

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 086-12S.

I, GEVORK BALTADJIAN, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/21/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gevork Baltadjian
GEVORK BALTADJIAN
Defendant

Richard K Corley
Counsel for Defendant

Before David L Martin
Judicial Officer
USMJ