# *UNITED STATES DISTRICT COURT*

*for the*
*District of Rhode Island*

***Case No. CR07-86-02***

***To:*** ***Warden, ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **GEVORK BALTADJIAN,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the 7th day of **September, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby c... I did b... the within named d... on the date and time c...
Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: May 30, 2007.

David A. DiMarzio, Clerk

Sentencing

*By* Wendy Geile
*Wendy Geile - Deputy Clerk*